**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Shelby Alandra Schlener          CHAPTER 13
            Debtor(s)

BKY. NO. 24-10024 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

            Respectfully submitted,

/s/ **Mark A. Cronin**
Mark Cronin
25 Jan 2024, 11:25:18, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322