United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 24-10024-pmm

Shelby Alandra Schlener     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2

Date Rcvd: Aug 01, 2024     Form ID: 155     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shelby Alandra Schlener, 841 N 24th Street, Allentown, PA 18104-3911 |
| 14873927 | + | Aidvantage on behalf of Dept of Ed Loan Services, PO BOX 4450, Portland OR 97208-4450 |
| 14847905 | | Berkheimer Tax Administrator, HAB DLT Legal, PO Box 20662, Lehigh Valley, PA 180020662 |
| 14847618 | | Berkheimer, Agent for Allentown City/Allentown SD, c/o David R. Gordon, Esq., 188 Jory Road, Pen Argyl, PA 18072 |
| 14844172 | + | Michael F. Ratchford, Esquire, Ratchford Law Group, PC, 54 Glenmaura National Blvd, Suite 104, Moosic, PA 18507-2161 |
| 14849668 | + | Pennymac Loan Services,LLC., c/o Mark Cronin,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14844175 | + | Tyson Schlener, 841 N 24th Street, Allentown, PA 18104-3911 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14873601 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 02 2024 00:20:10 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 14844167 | | Email/Text: dltlegal@hab-inc.com | Aug 02 2024 00:17:00 | Berkheimer Tax Innovations, PO Box 25149, Lehigh Valley, PA 18002-5149 |
| 14844166 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 02 2024 00:17:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14844168 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 02 2024 00:31:18 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14847365 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 02 2024 00:20:07 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14847639 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 02 2024 00:32:18 | Capital One N.A. by American InfoSource as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14844169 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 02 2024 00:19:42 | Dept of Ed/AIDvantage, 1891 Metro Center Dr, Reston, VA 20190-5287 |
| 14847125 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 02 2024 00:17:00 | Hyundai Lease Titling Trust, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 14844170 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 02 2024 00:32:35 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850 |
| 14850724 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 02 2024 00:31:39 | JPMorgan Chase Bank, N.A., PO BOX 15368, Wilmington, DE 19850 |
| 14850395 | + | Email/Text: RASEBN@raslg.com | Aug 02 2024 00:16:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14844171 | ^ | MEBN | Aug 02 2024 00:12:21 | Kia Motor Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 01, 2024 | Form ID: 155 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| 14849436 | ^ MEBN | | Aug 02 2024 00:12:35 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14844174 | Email/Text: Bankruptcy.Notices@pnc.com | | Aug 02 2024 00:16:00 | PNC Bank, PO Box 5580, Cleveland, OH 44101 |
| 14863626 | Email/Text: Bankruptcy.Notices@pnc.com | | Aug 02 2024 00:16:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14844173 | + Email/PDF: ebnotices@pnmac.com | | Aug 02 2024 00:20:51 | PennyMac Loan Services, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14857245 | + Email/PDF: ebnotices@pnmac.com | | Aug 02 2024 00:20:08 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 03, 2024            Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2024 at the address(es) listed below:

**Name**            **Email Address**

CHARLES LAPUTKA
　　on behalf of Debtor Shelby Alandra Schlener claputka@laputkalaw.com
　　jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com

DENISE ELIZABETH CARLON
　　on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
　　ECFMail@ReadingCh13.com

United States Trustee
　　USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  Shelby Alandra Schlener<br><br>  Debtor(s). | Case No. 24−10024−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: August 1, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court