Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
Chapter 13 Case No. 24-10024-PMM

Shelby Alandra Schlener  
841 N 24th Street  
Allentown  PA    18104

Petition Filed Date: 01/04/2024  
341 Hearing Date: 03/05/2024  
Confirmation Date: 08/01/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/08/2024 | $192.00 | | 03/08/2024 | $192.00 | | 04/08/2024 | $192.00 | |
| 05/09/2024 | $192.00 | | 06/10/2024 | $192.00 | | 07/09/2024 | $208.00 | |

**Total Receipts for the Period: $1,168.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,376.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,788.00 | $1,238.40 | $1,549.60 |
| 1 | HYUNDAI LEASE TITLING TRUST »» 001 | Unsecured Creditors | $19.92 | $0.00 | $19.92 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $6,510.28 | $0.00 | $6,510.28 |
| 3 | BERKHEIMER TAX ADMINISTRATOR »» 03P | Priority Crediors | $40.75 | $0.00 | $40.75 |
| 4 | BERKHEIMER TAX ADMINISTRATOR »» 03U | Unsecured Creditors | $468.93 | $0.00 | $468.93 |
| 5 | CHASE BANK USA NA »» 004 | Unsecured Creditors | $6,668.54 | $0.00 | $6,668.54 |
| 6 | PENNYMAC LOAN SERVICES LLC »» 005 | Mortgage Arrears | $307.93 | $0.00 | $307.93 |
| 7 | PNC BANK »» 006 | Unsecured Creditors | $6,781.37 | $0.00 | $6,781.37 |
| 8 | AIDVANTAGE on behalf of DEPT OF ED »» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | BARCLAYS BANK DELAWARE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10024-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,376.00 | Current Monthly Payment: | $208.00 |
| Paid to Claims: | $1,238.40 | Arrearages: | $0.00 |
| Paid to Trustee: | $137.60 | Total Plan Base: | $12,400.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.