| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 24-10024-PMM**

| | |
|---|---|
| Shelby Alandra Schlener | Petition Filed Date: 01/04/2024 |
| 841 N 24th Street | 341 Hearing Date: 03/05/2024 |
| Allentown  PA    18104 | Confirmation Date: 08/01/2024 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2024 | $208.00 | | 09/10/2024 | $208.00 | | 10/08/2024 | $208.00 | |
| 11/08/2024 | $208.00 | | 12/09/2024 | $208.00 | | 01/10/2025 | $208.00 | |
| 02/10/2025 | $208.00 | | 03/10/2025 | $208.00 | | 04/08/2025 | $208.00 | |
| 05/08/2025 | $208.00 | | 06/09/2025 | $208.00 | | 07/09/2025 | $208.00 | |

**Total Receipts for the Period: $2,496.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,872.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,788.00 | $2,788.00 | $0.00 |
| 1 | HYUNDAI LEASE TITLING TRUST<br>»»  001 | Unsecured Creditors | $19.92 | $0.00 | $19.92 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»»  002 | Unsecured Creditors | $6,510.28 | $0.00 | $6,510.28 |
| 3 | BERKHEIMER TAX ADMINISTRATOR<br>»»  03P | Priority Crediors | $40.75 | $40.75 | $0.00 |
| 4 | BERKHEIMER TAX ADMINISTRATOR<br>»»  03U | Unsecured Creditors | $468.93 | $26.28 | $442.65 |
| 5 | CHASE BANK USA NA<br>»»  004 | Unsecured Creditors | $6,668.54 | $0.00 | $6,668.54 |
| 6 | PENNYMAC  LOAN SERVICES LLC<br>»»  005 | Mortgage Arrears | $307.93 | $307.93 | $0.00 |
| 7 | PNC BANK<br>»»  006 | Unsecured Creditors | $6,781.37 | $380.00 | $6,401.37 |
| 8 | AIDVANTAGE on behalf of DEPT OF ED<br>»»  007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | BARCLAYS BANK DELAWARE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10024-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,872.00 | Current Monthly Payment: | $208.00 |
| Paid to Claims: | $3,542.96 | Arrearages: | $0.00 |
| Paid to Trustee: | $327.92 | Total Plan Base: | $12,400.00 |
| Funds on Hand: | $1.12 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.