Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Shelby Alandra Schlener
841 N 24th Street
Allentown, PA 18104

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 24-10024-PMM**

Petition Filed Date: 01/04/2024
341 Hearing Date: 03/05/2024
Confirmation Date: 08/01/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2025 | $208.00 | | 09/09/2025 | $208.00 | | 10/08/2025 | $208.00 | |
| 11/10/2025 | $208.00 | | 12/08/2025 | $208.00 | | 01/09/2026 | $208.00 | |
| 02/09/2026 | $208.00 | | 03/09/2026 | $208.00 | | 04/08/2026 | $208.00 | |
| 05/11/2026 | $208.00 | | 06/08/2026 | $208.00 | | 07/08/2026 | $208.00 | |

**Total Receipts for the Period: $2,496.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $6,368.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,788.00 | $2,788.00 | $0.00 |
| 1 | HYUNDAI LEASE TITLING TRUST<br>»» 001 | Unsecured Creditors | $19.92 | $0.00 | $19.92 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $6,510.28 | $0.00 | $6,510.28 |
| 3 | BERKHEIMER TAX ADMINISTRATOR<br>»» 03P | Priority Crediors | $40.75 | $40.75 | $0.00 |
| 4 | BERKHEIMER TAX ADMINISTRATOR<br>»» 03U | Unsecured Creditors | $468.93 | $175.14 | $293.79 |
| 5 | JP MORGAN CHASE BANK NA<br>»» 004 | Unsecured Creditors | $6,668.54 | $0.00 | $6,668.54 |
| 6 | PENNYMAC LOAN SERVICES LLC<br>»» 005 | Mortgage Arrears | $307.93 | $307.93 | $0.00 |
| 7 | PNC BANK<br>»» 006 | Unsecured Creditors | $6,781.37 | $2,533.13 | $4,248.24 |
| 8 | AIDVANTAGE on behalf of DEPT OF ED<br>»» 007 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | BARCLAYS BANK DELAWARE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-10024-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,368.00 | Current Monthly Payment: | $208.00 |
| Paid to Claims: | $5,844.95 | Arrearages: | $0.00 |
| Paid to Trustee: | $515.58 | Total Plan Base: | $12,400.00 |
| Funds on Hand: | $7.47 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.